# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DOUGLAS RIGGLE, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AROTECH CORPORATION, JON B. KUTLER, KENNETH W. CAPPELL, LAWRENCE F. HAGENBUCH, and JAMES J. QUINN,<br><br>　　　　　Defendants. | Case No. 4:19-cv-13531-SDD-DRG<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Douglas Riggle ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

//

//

Dated: May 5, 2020                                         **WEISSLAW LLP**

                                                 By  */s/ Richard A. Acocelli*
                                                     Richard A. Acocelli
                                                     1500 Broadway, 16th Floor
                                                     New York, New York 10036
                                                     Tel: (212) 682-3025
                                                     Fax: (212) 682-3010
                                                     Email: racocelli@weisslawllp.com

                                                     *Attorneys for Plaintiff*

**OF COUNSEL:**

**BRAGAR EAGEL & SQUIRE, P.C.**
Alexandra B. Raymond
885 Third Avenue, Suite 3040
New York, New York 10022
Tel: (646) 860-9158
Fax: (212) 214-0506
Email: raymond@bespc.com

*Attorneys for Plaintiff*