UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DOUGLAS RIGGLE,

      Plaintiff,                                    Case No. 19-13531

v.                                               Stephanie Dawkins Davis
                                                  United States District Judge

AROTECH CORPORATION, *et al*,

      Defendants.
_____/

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff, this case is DISMISSED.

**IT IS SO ORDERED.**

Date: May 30, 2020                            s/Stephanie Dawkins Davis
                                                           Stephanie Dawkins Davis
                                                           United States District Judge